# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Concetta Barczak,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Unum Life Insurance Company of America, DMB Sports Clubs, Ltd, DMB Sports Clubs, Ltd. Employee Disability Plan,<br><br>　　　　Defendants. | Case No.  CV10-00342-PHX-SRB<br><br>**ORDER** |

Pursuant to the parties' Stipulation for Dismissal with Prejudice, and good cause appearing,

IT IS HEREBY ORDERED that this matter shall be dismissed with prejudice against all Defendants. Each party is to bear their own costs and attorney's fees.

Dated this 18th day of June, 2010.

_____
Susan R. Bolton
United States District Judge

-1-